## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 21-4282 MJ |
| Schuyler Aaron Little | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about September 18, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, SCHUYLER AARON LITTLE, an Indian, did with malice aforethought, unlawfully kill D.B.L.

In violation of Title 18, United States Code, Sections 1153 and 1111.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

AUTHORIZED BY: Raynette Logan, AUSA *RP*

Trevor Culbert, S.A., FBI
Name of Complainant

*[signature]* Trevor Culbert
Signature of Complainant

Sworn to before me and subscribed in my presence

September 20, 2021
Date

at  Flagstaff, Arizona
City and State

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT OFPROBABLY CAUSE IN SUPPORT OF COMPLAINT

I, Trevor Culbert (Affiant), a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows.

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI, currently assigned to the Phoenix Division, Flagstaff Resident Agency, in Flagstaff, Arizona. I have been so employed since March 2004. I received training at the Federal Bureau of Investigation Training Academy, and have experience including, but not limited to, investigating major crimes that occur on Indian reservations, and specifically the Navajo Indian Reservation, Indian Country, within the District of Arizona (AZ). In this regard, the following information was developed by your affiant and other Agents of the FBI and/or Criminal Investigators (CI) of the Navajo Department of Criminal Investigations (NDCI) Unit, in connection with the joint FBI/NDCI investigation into the murder of D.B.L., which occurred on or about September 18, 2021, at approximately 11:14 p.m., at a residence located at Allison's Trailer Park in Lechee, Arizona, within the boundaries of the Navajo Indian Reservation, in the District of Arizona.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter. The facts contained in this affidavit are from my own observations, as well as others, during and in the course of this investigation.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. §§ 1153 and 1111 – 2nd Degree Murder, has been committed by SCHUYLER AARON LITTLE (hereinafter S. LITTLE), an enrolled tribal member of the Navajo Nation, a federally recognized tribe.

### PROBABLE CAUSE

4. On September 19, 2021, I interviewed S.D.L. who provided information regarding what occurred the night before. On September 18, 2021, S.D.L and her daughter, the victim, D.B.L., were at their residence. D.B.L. argued with S.D.L claiming that they were bad parents and didn't treat D.B.L. and S. LITTLE the same. Based upon dispatch logs, at approximately 9:25 p.m., S. LITTLE called the Navajo Nation Police Department Dispatch. S. LITTLE reported that D.B.L. was intoxicated, driving a white colored Ford SUV, and had hit him in the head several times. According to Navajo Nation Dispatch logs, D.B.L. called the Navajo Nation Police Department Dispatch at approximately 9:25 p.m. and reported she was assaulted by her brother, S. LITTLE.

5. According to the Navajo Nation call logs, Navajo Police arrived at the residence at approximately 10:38 p.m. and spoke with everyone at the residence. S.D.L., D.B.L., and S. LITTLE were told to go back into the residence and go to sleep. Dispatch notes said S.D.L. and D.B.L. were slightly intoxicated and arguing. D.B.L. said she was attacked by her brother, S. LITTLE, but S.D.L. stated D.B.L. attacked S.D.L. first. The

2

officer told everyone to go back to bed and departed the scene at approximately 10:55 p.m.

6. S.D.L. said she went into her bedroom to change her pants when she heard thumping and fighting coming from the hallway of where D.B.L. and S. LITTLE's rooms are located. S.D.L. went over and observed D.B.L. and S. LITTLE throwing full punches at each other and tried to intervene. S.D.L. was not able to split them apart and went to get R.L., her husband, from the bedroom.

7. On September 19, 2021, I interviewed R.L. R.L. stated he returned to the residence while the Navajo Police officer was still at the residence during the initial argument. R.L. spoke with the officer and then went to his room on the opposite side of the house from D.B.L.'s room. Later, R.L. said he came out of his room and saw S. LITTLE leaving the hallway and out the front door with what appeared to be an unknown object in his hand. R.L. saw D.B.L. laying on the floor near the bathroom door bleeding and gasping for air. R.L. applied force to the open wounds he could see on D.B.L's body in an attempt to stop the bleeding while S.D.L. called 911.

8. Page Police Department and Emergency Medical Services (EMS) arrived at the residence at approximately 11:14 p.m. on September 18, 2021. EMS provided medical attention to D.B.L. in an attempt to save her life, but she did not survive. According to Page Police Dispatch, Navajo Nation Police Department was notified at 11:51 p.m. that D.B.L. was deceased.

9.  CI Phylishia Ptodecheene took photographs of D.B.L. prior to the removal of her body by Valley Ridge Mortuary. D.B.L. had what appeared to be stab wounds to the leg, neck, and multiple stab wounds to the back.

10. On September 19, 2021, I interviewed C.L., S. LITTLE's cousin. C.L. said S. LITTLE contacted C.L. via his cellular telephone at approximately 11:17 p.m. C.L. spoke with S. LITTLE, who stated that he needed a ride. C.L. did not have any room in his car, and S. LITTLE stated that he had stabbed his sister and hung up.

11. S.D.L. texted S. LITTLE and stated D.B.L. was dead, and he needed to come home and turn himself in. S. LITTLE texted that he was not coming back. A picture of the text was taken by CI Phylishia Ptodecheene.

## CONCLUSION

12. The events described above occurred within the boundaries of Navajo Indian Reservation within the District of Arizona. Based upon the aforementioned information, your affiant believes that SCHUYLER AARON LITTLE has committed a violation of federal law, to wit: 2nd Degree Murder, in violation of Title 18, United States Code, Sections 1153 and 1111.

13. Based on the foregoing, I request that the Court issue the proposed arrest warrant.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Trevor Culbert*
Special Agent Trevor Culbert
Federal Bureau of Investigation

Subscribed and sworn to before me this  20th  day of September, 2021

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge